# Court of Appeals
# of the State of Georgia

ATLANTA, _November 07, 2023_

*The Court of Appeals hereby passes the following order:*

## A24A0422. DAVID ICHAY v. SHERRI AZIZY.

On May 2, 2023, we granted David Ichay's application for discretionary appeal from the trial court's final order on Sherri Azizy's petition to domesticate foreign judgment and for modification of custody. In accordance with OCGA § 5-6-35 (g), Ichay was given ten days in which to file a notice of appeal. On May 8, 2023, Ichay filed in the trial court a motion for an extension of time to file his notice of appeal, asking the court to extend the time until July 12, 2023, ten days after the hearing transcript was expected to be completed. On May 10, 2023, the trial court granted Ichay's motion and purported to extend the time to file his notice of appeal to July 12, 2023. Ichay filed his notice of appeal on July 10, 2023. We, however, lack jurisdiction.

OCGA § 5-6-39 (a) (1) provides that "[a]ny judge of the trial court or any justice or judge of the appellate court to which the appeal is to be taken may, in his discretion, and without motion or notice to the other party, grant extensions of time for the filing of . . . [a] [n]otice of appeal." However, OCGA § 5-6-39 (c) provides that "the extension shall not exceed the time otherwise allowed for the filing of the notices initially." The trial court here was not authorized to grant a 61-day extension for the filing of the notice of appeal. See *Rockdale County v. Water Rights Committee*, 189 Ga. App. 873, 874 (377 SE2d 730) (1989) (courts have no jurisdiction to grant extension of more than 30 days for filing notice of appeal). Thus, Ichay's notice of appeal, filed 59 days after the expiration of his ten-day appeal period under OCGA § 5-6-35 (g), was untimely. "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1)

(454 SE2d 458) (1995). Accordingly, this appeal is hereby DISMISSED. See *Legare v. State*, 269 Ga. 468, 468-469 (499 SE2d 640) (1998) (dismissing appeal where trial court granted unauthorized extension of time for filing notice of appeal).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  *11/07/2023*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*